UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIQIANG WEI,<br><br>        Plaintiff,<br><br>    v.<br><br>PETER MICHELSON, et al.,<br><br>        Defendants. | Case No. 18-cv-04761-HSG<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward J. Davila for consideration of whether the case is related to *Wei v. Department of Physics at Stanford University*, case number 18-cv-00228-EJD.

**IT IS SO ORDERED.**

Dated: 10/10/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge